UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 07-cv-02684-AP

WESTERN ENERGY RESOURCES, INC.,

        Plaintiff,

v.

DIRK KEMPTHORNE,
UNITED STATES DEPARTMENT OF THE INTERIOR,

        Defendants.

## ORDER ESTABLISHING BRIEFING SCHEDULE

THIS MATTER is before the Court on the Unopposed Motion By Defendants For Order Establishing Briefing Schedule (Docket No.5), filed May 27, 2008. The Motion is GRANTED. It is

ORDERED that Briefing is set as follows:

Defendants shall file the Administrative Record on or before July 11, 2008.

Plaintiff's opening brief is due on or before September 9, 2008.

Defendants' response brief is due on or before October 24, 2008.

Plaintiff's reply brief is due on or before November 13, 2008.

Dated this 27th day of May, 2008

                                      BY THE COURT:

                                      ***S/John L. Kane***
                                      JOHN L. KANE
                                      United States District Senior Judge